UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

CHARLES MONTAGUE, *et al.*,

    Plaintiffs,

v.

DERRICK SCHOFIELD, *et al.*,

    Defendants.

No. 2:14-cv-292
Judge Jordan

## NOTICE OF DISCLAIMER AND NON-SUIT
## FROM GERALD LANEY

Notice is hereby given by purported plaintiff, Gerald Laney, that he is not, nor has he ever been or desired to be, a plaintiff in the instant action. Additionally, Gerald Laney has not authorized any other person(s), to use or include his name as a plaintiff in this action and hereby specifically requests non-suit in this cause.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Gerald Laney – 91905*
Gerald Laney
# 091905
N.E.C.X.
5249 Highway 67 West
P. O. Box 5000
Mountain City, TN 37683-5000