Gerald Laney
# 091905
N.E.C.X.
5249 Highway 67 West
P. O. Box 5000
Mountain City, TN 37683-5000

December 18, 2014

Debra C. Poplin
Clerk of the Court
U.S. District Court
220 West Depot Street
Suite 200
Greeneville, TN 37743

RE: CHARLES MONTAGUE v. DERRICK SCHOFIELD *Et Al.*
No. 2:14-cv-292 — JUDGE JORDAN

Dear Clerk,

    Enclosed herewith is my Notice of Disclaimer, please file this with the Court.

    Should you have any questions or comments regarding the above, please feel free to contact me at my address above.

                                Respectfully yours,

                                Gerald Laney

GL/jcw
PC: file